**Order issued October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-15-00523-CR**
**No. 05-15-00524-CR**

---

**LADARREAN LOFFEYETTE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

---

Before Justices Lang-Miers, Brown, and Schenck

Based on the Court's opinion of this date, we **GRANT** the July 8, 2015 motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to LaDarrean Loffeyette Williams, TDCJ No. 1993102, Sanchez Unit, 3901 State Jail Road, El Paso, Texas, 79938-8456.

/Ada Brown/
ADA BROWN
JUSTICE